# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **VIRGINIA SMITH,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE HEALTHCARE** )<br>**AUTHORITY FOR BAPTIST** )<br>**HEALTH, an affiliate of UAB** )<br>**Health System,** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION NO.**<br>**2:20-CV-887-MHT-CWB** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Virginia Smith ("Plaintiff") and Defendant The Healthcare Authority for Baptist Health, an affiliate of UAB Health System ("Defendant"), collectively, the "Parties," jointly notify the court that on Monday, December 12, 2022, they reached a settlement and on Tuesday, January 3, 2023, Plaintiff executed a written settlement agreement that fully resolves all claims in this action. Accordingly, the Parties request that the Court vacate the current scheduling order and take all remaining deadlines for the case off calendar, and the Parties be allowed thirty (30) days to complete their affirmative obligations under the settlement agreement and file a joint stipulation of dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 23rd day of January, 2023.

s/ *Jamie A. Johnston*  
*Signed with Express Permission*  
Jamie A. Johnston  
JAMIE A. JOHNSTON, PC  
PO Box 4663  
Montgomery, Alabama 36103  
Jamie@jjohnstonpc.com  

Attorneys for Plaintiff

s/ *Wesley Stockard*  
Wesley Stockard (*pro hac vice*)  
Eric M. Schultz (*pro hac vice*)  
LITTLER MENDELSON, P.C.  
3424 Peachtree Rd NE, Suite 1200  
Atlanta, GA 30326.4803  
Telephone: 404.233.0330  
Facsimile: 404.233.2361  
wstockard@littler.com  
eschultz@littler.com  

Charles A. Powell IV  
LITTLER MENDELSON, P.C.  
420 20th Street North, Suite 2300  
Birmingham, AL 35203.3204  
Telephone: 205.421.4700  
Facsimile: 205.421.4699  
cpowell@littler.com  

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **VIGINIA SMITH,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE HEALTHCARE** )<br>**AUTHORITY FOR BAPTIST** )<br>**HEALTH, an affiliate of UAB** )<br>**Health System,** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION NO.**<br>**2:20-CV-887-MHT-CWB** |

## CERTIFICATE OF SERVICE

I certify that on January 23, 2023, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically notify Plaintiff's counsel as follows:

> Jamie A. Johnston
> JAMIE A. JOHNSTON, PC
> PO Box 4663
> Montgomery, Alabama 36103
> Jamie@jjohnstonpc.com
> *Attorneys for Plaintiff*

>                    */s/ Eric M. Schultz*
>                    Eric M. Schultz
>                    Counsel for Defendant